# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D15-5913

_____

ERIC SCHRAMM,

　　Appellant/Cross-Appellee,

　　v.

STATE OF FLORIDA,

　　Appellee/Cross-Appellant.

_____

On appeal from the Circuit Court for Escambia County.
Ross Goodman, Judge.

February 19, 2018

PER CURIAM.

　　AFFIRMED. *See Novaton v. State*, 634 So. 2d 607, 609 (Fla. 1994) (holding that a double-jeopardy claim is waived when the defendant enters into a negotiated plea agreement).

RAY, MAKAR, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jason Cromey of Cromey Law, P.A., Pensacola, for Appellant/Cross-Appellee.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee/Cross-Appellant.